**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eduardo Aguilar CAMACHO,
Defendant—Appellant.**

**No. 06–10258.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 3, 2007.*

Filed Dec. 28, 2007.

William S. Wong, Esq., Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Tim Warriner, Law Offices Of Tim Warriner, Sacramento, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE and FISHER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Eduardo Aguilar Camacho appeals from the district court's determination, upon limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), that it would not have imposed a materially different sentence under advisory Guidelines. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Camacho's contention that his right to due process was violated because the district court conducted his *Ameline* resentencing hearing without his presence is foreclosed by *United States v. Silva,* 472 F.3d 683, 686 (9th Cir.2007). Accordingly, the district court's order is affirmed.

**AFFIRMED.**